Matthew A. Rosenthal, Esq. (SBN 279334)
Matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd., Suite 800
Los Angeles, CA 91436
T: (818) 200-1497; F: (818) 869-2208
Attorney for Plaintiff,
CLARIE PETROSYAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CLAIRE PETROSYAN, <br><br> Plaintiff, <br><br> v. <br> JEFFERSON CAPITAL SYSTEMS, LLC, <br><br> Defendant. | Case No.: 2:16-cv-5763 <br><br> **VOLUNTARY DISMISSAL OF A CASE PURSUANT TO FRCP 41(a)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff CLAIRE PETROSYAN, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity *with prejudice*. Defendant Jefferson Capital Systems, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,

Date: August 30, 2016                **WESTGATE LAW**

By:*/s/ Matthew A. Rosenthal*
Matthew A. Rosenthal
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. I further certify that on August 30, 2016, a copy of the forgoing was served upon Defendant via email transmission to the following:

>Angie Hong Hoar
>JEFFERSON CAPITAL SYSTEMS, LLC
>PO Box 17210, Golden, CO 80402
>Angie.Hoar@JCap.com

By:*/s/ Matthew A. Rosenthal*
Matthew A. Rosenthal